# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3291

_____

Maureen McNeil,

      Appellant,

v.

Missouri Annual Conference of The
United Methodist Church; Heartland
South District, United Methodist
Church; Robert Schnase; Sally
Haynes,

      Appellees.

\*
\*
\*
\*
\*    Appeal from the United States
\*    District Court for the
\*    Western District of Missouri.
\*
\*    [UNPUBLISHED]
\*
\*
\*
\*
\*

_____

Submitted: March 4, 2011
Filed: March 11, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Maureen McNeil appeals the district court's[1] dismissal of her disability-discrimination suit removed from Missouri state court. After careful de novo review, *see Strand v. Diversified Collection Serv., Inc.*, 380 F.3d 316, 317 (8th Cir. 2004), this court affirms. The district court correctly concluded that it lacked

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

subject matter jurisdiction because McNeil's Americans with Disabilities Act (ADA) claim fell within the "ministerial exception" this court recognized in *Scharon v. St. Luke's Episcopal Presbyterian Hosps.*, 929 F.2d 360, 362 (8th Cir. 1991) ("[p]ersonnel decisions by church-affiliated institutions affecting clergy are *per se* religious matters and cannot be reviewed by civil courts"; doing so would implicate the First Amendment's Free Exercise Clause). *See Hollins v. Methodist Healthcare, Inc.*, 474 F.3d 223, 225 (6th Cir. 2007) (applying exception to ADA claim; exception bars employment-discrimination claim when employer is religious institution and employee was ministerial employee); *see also Elvig v. Calvin Presbyterian Church*, 375 F.3d 951, 961 (9th Cir. 2004) (church's selection of its ministers is unfettered, and its true reasons – whatever they may be – are therefore unassailable).

Accordingly, this court affirms. *See* 8th Cir. R. 47B.

_____